UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

......................................................................................x
Marina Iskhakova, on behalf of herself
and all others similarly situated

                                 Civil Action No:
                                 1:22-cv-3151

                          Plaintiff,

   -v.-
RENT-A-CENTER, INC.,

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss

this action with prejudice, resolving all matters in dispute having been made and each party to bear

its own fees and costs.

Dated: December 21, 2022          Dated: December 21, 2022

    Hackensack, New Jersey         New York, New York

*/s/Mark Rozenberg*               */s/Daniella Adler*

Mark Rozenberg, Esq.           Daniella Adler
STEIN SAKS, PLLC              Littler Mendelson, P.C.
One University Plaza, Suite 620     900 Third Ave 8th Floor
Hackensack, NJ 07601          New York, NY 10022
201.282.6500                  212.471.4470
mrozenberg@steinsakslegal.com     dadler@littler.com
*Attorneys for Plaintiff*           *Attorneys for Defendant*

4884-1842-6436.1 / 051536-1734